UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MASOOD SYED,

                        Plaintiff,                    16 Civ. 4789 (PGG)

      -against-

                                                  ORDER

CITY OF NEW YORK, et al.,

                      Defendants.
-------------------------------------------------------------x

CASTEL, District Judge:

        The above-captioned matter comes to me as the judge Presiding in Part I on an application for a temporary restraining order.

        In the period from approximately June 2009 up to September 23, 2010, the undersigned was a party to a divorce proceeding in which my then spouse was represented by the law firm representing the plaintiff, Beldock Levine & Hoffman LLP. The Court hereby discloses this circumstance to the parties. The Court is required to make its own assessment of whether it should recuse itself. The Court concludes that this circumstance does not warrant recusal. First, the proceeding concluded over five and half years ago; second, it concluded on a consensual basis and without a trial; and third, the lawyer representing the undersigned's spouse is no longer with the firm.

        SO ORDERED.

                                                      P. Kevin Castel
                                        United States District Judge
                                                         Part I

Dated: New York, New York
         June 22, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-16