

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MASOOD SYED, individually and on behalf of all
others similarly situated,

         Plaintiff,

    -against-

CITY OF NEW YORK; NEW YORK CITY POLICE
DEPARTMENT; WILLIAM J. BRATTON, as
Commissioner of the New York City Police Department
("NYPD"); NELDRA M. ZEIGLER, as Deputy
Commissioner of the NYPD Office of Equal
Employment Opportunity; JAMES F. KOBEL, Captain
and Executive Officer of the NYPD Deputy
Commissioner, Equal Employment Opportunity; and
FNU O'REILLY, Commanding Officer of the NYPD
Employment Management Division,

         Defendants.
------------------------------------------------------------------ X

No. 16-cv-4789 (PGG)

ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND
TEMPORARY RESTRAINING
ORDER

    Upon the annexed declaration of Masood Syed, dated June 21, 2016; the supplemental declaration of Masood Syed, dated June 21, 2016; the declaration of Joshua S. Moskovitz, dated June 21, 2016; the exhibits attached to those declarations; Plaintiff's accompanying Memorandum of Law; and upon all the papers filed and proceedings had herein, it is hereby

    ORDERED that defendants CITY OF NEW YORK; the NEW YORK CITY POLICE DEPARTMENT; WILLIAM J. BRATTTON, as Commissioner of the New York City Police Department; NELDRA M. ZEIGLER, as Deputy Commissioner of Equal Employment Opportunity; and JAMES F. KOBEL, Captain and Executive Officer of the Deputy Commissioner, Equal Employment Opportunity, and Captain O'REILLY, Commanding Officer of the NYPD Employment Management Division, show cause before a motion term of this Court, at Room 705, United States Courthouse, 500 Pearl Street, in the City, County, and State

[July 8, 2016]

of New York, on ~~June 22, 2016~~, at ~~9:00~~ 10 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure as follows:

1. Reinstating Plaintiff Syed to his title, status, responsibilities, compensation, and benefits as a Police Officer and Law Clerk in the New York City Police Department's Office of the Deputy Commissioner of Trials;

2. Enjoining and restraining Defendants and each of them from taking any action adversely to affect Plaintiff Syed's employment, title, status, responsibilities, privileges, compensation, and/or benefits as a Police Officer and Law Clerk in the New York City Police Department's Office of the Deputy Commissioner of Trials, pending the final determination of this action; and

3. Granting such other and further relief as may be just and proper;

ORDERED that, pending the hearing and determination of this Motion, Defendants are restrained, enjoined, and stayed from taking any action adversely to affect Plaintiff Syed's ~~employment, title, status, responsibilities, privileges,~~ compensation, ~~I.D. card~~ and/or benefits ~~or other perquisites~~ as a Police Officer ~~and Law Clerk in the New York City Police Department's Office of the Deputy Commissioner of Trials; and to the extent any action purporting to "suspend" Plaintiff, or otherwise adversely affect his employment status, has been~~ provided, however, that defendants need not reinstate his presently suspended responsibilities and duties. taken ~~following notice to the NYPD of Plaintiff's intention to seek injunctive relief from this Court, rescinding, reversing and reinstating Plaintiff to his full title, status, responsibilities, compensation, benefits, and perquisites as a Police Officer and Law Clerk in the New York City Police Department's Office of the Deputy Commissioner of Trial~~s; and it is further

ORDERED, that service of a copy of this Order together with the papers on which it

2

is granted, upon the Office of the Corporation Counsel, New York City Law Department, 100 Church Street, New York, New York 10007, on or before June 23, 2016, shall be good and sufficient service upon defendants.

ORDERED that all answering papers be served upon attorneys for Plaintiffs, by July 1, 2016 ~~at least five (5) days before the return date of this Motion~~, and that any reply papers shall be served by July 6, 2016. ~~so as to be received on the return date of this motion.~~

~~ORDERED that security in the amount of $_____ will be posted by _____.~~ (response of product)

Dated: New York, New York
June 22, 2016

ENTER: SO ORDERED.

_____
U.S.D.J.

Prwt, I    MY    11:52 am

ORDERED that expedited discovery limited to Rule 34 demands (which shall be responded to within five business days) shall be permitted.

ORDERED that Rule 26(a) disclosures shall be made by each side by June 28, 2016.

3